IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Vincent H. Bartning, | NO. C 05-01413 JW   JW |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | **RE: DISMISSAL** |
| United States Department of Education, et al., | |
| Defendants. | |

On August 24, 2005, the Court dismissed Plaintiff Vincent H. Bartning's complaint with leave to amend by September 19, 2005. Plaintiff has not filed an amended complaint with the Court. On September 26, 2005, the Court conducted a case management conference in this case. There was no appearance by Plaintiff or Plaintiff's counsel.

The Court hereby orders Plaintiff to appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on October 31, 2005 at 9:00 a.m. to show cause, if any, by actual appearance in Court, and by certification filed with the Court at least ten (10) days prior to appearance date, why said cause should not be dismissed for failure to attend September 26, 2005, case management conference. The certificate shall set forth in factual summary the reason no appearance was made and what steps the party is taking to pursue or defend the action, its present status and the expected future course of the cause.

If Plaintiff fails to file the certification, the October 31, 2005 hearing will be vacated automatically and the case will be dismissed for failure to prosecute.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this

1  action.

2  / / /

3  Dated: September 26, 2005                     /s/ James Ware
   <span style="font-size:small">05eciv1413oscdism</span>                                   JAMES WARE
4                                                 United States District Judge

**United States District Court**
For the Northern District of California

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28                                      2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Vincent Henry Bartning
436 Los Encinos Avenue
San Jose, CA 95134-1337

**Dated: September 26, 2005**           **Richard W. Wieking, Clerk**

                                                 **By:__/s/ JW Chambers_____**
                                                      **Ronald L. Davis**
                                                      **Courtroom Deputy**

**United States District Court**
For the Northern District of California